UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| v.  § | No.  1:21-CR-00249-RP |
| § | |
| **(1) ANNALYSSIA DOMINGUEZ,** § | |
| *Defendant* § | |

# ORDER

The U.S. Probation Office's 12C Petition for Warrant or Summons for Offender Under Supervision, Dkt. 75. The petition alleges that Defendant Annalyssia Dominguez violated Mandatory Condition No. 1 of the terms of her supervised release by committing another crime while on probation. *Id.* at 1. The petition goes on to state that Dominguez—whose prior federal conviction was for "Conspiracy to Commit Mail and Honest Services Fraud"—was recently charged a state-jail felony for "Tampering with Governmental Record" in violation of Texas Penal Code § 37.10(c)(1). *Id.* The undersigned set the petition for a preliminary hearing and to consider Dominguez's request to be released on bond pending her final revocation hearing.

As to the preliminary hearing, the undersigned found on the record that probable cause existed to show Dominguez violated the terms of her supervised release as alleged in the 12C petition. In making this determination, the Court relied on the documentary and testimonial evidence admitted at the hearing. Moreover, Dominguez did not attempt to rebut the probable-cause finding when given the opportunity.

1

The Court then considered Dominguez's request for release, and after considering the evidence, proffers, and arguments from the Government and Dominguez, concluded that Dominguez carried her burden to demonstrate by clear and convincing evidence that she "will not flee or pose a danger to any other person or to the community." Fed. R. Crim. P. 32.1(a)(6).

Accordingly, the Court **ORDERS** that Dominguez be released from federal custody immediately on her current conditions of supervision pending a final revocation hearing.

The Court **FURTHER ORDERS** that if the probation officer determines that Dominguez poses a risk to another person (including an organization), the probation officer will require Dominguez to notify the person about the risk, and Dominguez shall comply with that instruction. The probation officer will contact the person and confirm that Dominguez has notified the person about the risk.

The Court **FURTHER ORDERS** the probation officer to make whatever arrangements necessary to assure the suitability of Dominguez's grandmother's home as her place of residence pending final adjudication of the petition.

Finally, the Court **ORDERS** that the District Clerk transmit a copy of this order to the USMS, the site where Dominguez is presently being detained, and the U.S. Probation Office.

SIGNED July 1, 2024.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE